```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 00134
   KENT D MIKKOLA
   DEBRA K MIKKOLA                              CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

            Debtor
    SSN XXX-XX-0836     SSN XXX-XX-2038


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/04/07 and confirmed on 03/09/07.

    2.  The case was dismissed after confirmation, 08/03/2007.

    3.  The Debtor paid a total of $   2387.20 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | .00 | .00 | .00 |
| AMERICAS SERVICING CO | SECURED | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 7758.22 | .00 | .00 |
| AMERICREDIT FINANCIAL | SECURED VEHIC | 10064.13 | 291.08 | 1183.56 |
| REVENUE PRODUCTION MANAG | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| ALLIANCE CLINICAL ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED TELEPHONE DIRECTO | UNSECURED | 594.00 | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| PAUL BOZOIAN DDS | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 471.53 | .00 | .00 |
| GLENDALE FAMILY PRACTICE | UNSECURED | NOT FILED | .00 | .00 |
| HOMESTYLE BOOKS | UNSECURED | NOT FILED | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | 419.34 | .00 | .00 |
| MONARCH CAPITAL CORP | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MOVIE FACTS | UNSECURED | NOT FILED | .00 | .00 |
| NEWPORT NEWS | UNSECURED | NOT FILED | .00 | .00 |
| NORFOLK FINANCIAL CORP | UNSECURED | 748.85 | .00 | .00 |
| QUEST DIAG INCORP | UNSECURED | NOT FILED | .00 | .00 |
| RH DONNELLEY | UNSECURED | NOT FILED | .00 | .00 |
| SURGEONS LTD | UNSECURED | NOT FILED | .00 | .00 |
| US TELEPHONE DIRECTORY | UNSECURED | NOT FILED | .00 | .00 |

```
BLATT HASENMILLER LEIBSK  UNSECURED         NOT FILED              .00             .00
YELLOW PAGE ONE           UNSECURED         NOT FILED              .00             .00
RJM ACQUISITIONS LLC      UNSECURED            132.29              .00             .00
       Summary of disbursements:
------------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED        OTHER          TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  17822.35         .00      2366.01          .00       20188.36
PRINCIPAL PAID       1183.56         .00          .00          .00        1183.56
INTEREST PAID         291.08         .00          .00          .00         291.08
TOTAL PAID           1474.64         .00          .00          .00        1474.64
```

The Debtor's attorney, MARK J STAUBER                , was allowed $   2400.00
and was paid $   1065.50  direct and $    821.85  through the plan.

The Trustee received $      90.71 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 11/16/07                 /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE


                               PAGE   2
          CASE NO. 07 B 00134 KENT D MIKKOLA & DEBRA K MIKKOLA